IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTIN ANDERSON, | ) | Case No: 4:98CV3240 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| FRANK X. HOPKINS, et al., | ) | |
| | ) | |
| Respondent. | ) | |

    The above referenced case is closed and the appeal time has expired.

    IT IS ORDERED that the State Court Records filed as attachments to Filing #7, labeled S7A - S7K, be returned to Kimberly K. Klein, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

    DATED this 20th day of October, 2005.

                              BY THE COURT

                              s/ *Richard G. Kopf*
                              United States District Judge